# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

### CASE 18-CR-243246
### 18-CR-243248

| | |
|---|---|
| FOR THE MATTER OF THE STATE OF NORTH CAROLINA SUBPOENA FOR U.S. PROBATION OFFICER GERALD PATTON | ) ) ) |

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officer Gerald Patton and the production of government records relating to defendant Darren Alandus Nash. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now, therefore, IT IS ORDERED that U.S. Probation Officer Gerald Patton decline to give any pretrial, presentence or supervision information or produce any probation record relating to Darren Alandus Nash, unless summoner provides this Court with sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

**IT IS SO ORDERED** this 4th day of March, 2019.

_____
Frank D. Whitney
Chief District Judge

# STATE OF NORTH CAROLINA

MECKLENBURG County

STATE OF NORTH CAROLINA

VERSUS

NASH, DARREN, ALANDUS

File No.
18-CR-243246

In The General Court Of Justice
[X] District  [ ] Superior Court Division

Additional File Numbers

## SUBPOENA

G.S. 1A-1, Rule 45; 8-59, -61, -63; 15A-801, -802

| Party Requesting Subpoena | NOTE TO PARTIES NOT REPRESENTED BY COUNSEL: Subpoenas may be produced at your request, but must be signed and issued by the office of the Clerk of Superior Court, or by a magistrate or judge. |
|---|---|
| [X] State/Plaintiff  [ ] Defendant | |

**TO** Name And Address Of Person Subpoenaed
PATTON, GERRYL
US PREVENTION OFFICE

Alternate Address
ID: COMPLAINT: 181208215602
TEAM: INFO:

Telephone No.
7046813440

## YOU ARE COMMANDED TO: (check all that apply)

[X] appear and testify, in the above entitled action, before the court at the place, date and time indicated below.
[ ] appear and testify, in the above entitled action, at a deposition at the place, date and time indicated below.
[ ] produce and permit inspection and copying of the following items, at the place, date and time indicated below.
  [ ] See attached list. (List here if space sufficient)

REFERENCED CHARGES:
COMMUNICATING THREATS

Name And Location Of Court/Place Of Deposition/Place To Produce
CHARLOTTE, N.C. ROOM: 4130

Date To Appear/Produce, Until Released
03/06/19

Time To Appear/Produce, Until Released
09:00     [X] AM  [ ] PM

Name And Address Of Applicant Or Applicant's Attorney
SPENCER MERRIWEATHER III

Date
02/12/19

Signature
ELISA CHINN-GARY

[ ] Deputy CSC   [ ] Assistant CSC   [X] Clerk Of Superior Court
[ ] Magistrate   [ ] Attorney/DA    [ ] District Court Judge
                                    [ ] Superior Court Judge

## RETURN OF SERVICE

I certify this subpoena was received and served on the person subpoenaed as follows:
By  [ ] personal delivery.       [ ] registered or certified mail, receipt requested and attached.
    [ ] telephone communication by Sheriff (use only for a witness subpoenaed to appear and testify).
    [X] telephone communication by local law enforcement agency (use only for a witness subpoenaed to appear and testify in a criminal case).
NOTE TO COURT: If the witness was served by telephone communication from a local law enforcement agency in a criminal case, the court may not issue a show cause order or order for arrest against the witness until the witness has been served personally with the written subpoena.
    [ ] I was unable to serve this subpoena. Reason unable to serve: _____

| Service Fee | Date Served | Name Of Authorized Server | Signature Of Authorized Server | Title/Agency |
|---|---|---|---|---|
| $ [ ] Paid [ ] Due | 2/19/19 | TJ Hunter/665 | JH | CMPD |

NOTE TO PERSON REQUESTING SUBPOENA: A copy of this subpoena must be delivered, mailed or faxed to the attorney for each party in this case. If a party is not represented by an attorney, the copy must be mailed or delivered to the party. This does not apply in criminal cases.

AOC-G-100, Rev. 2/18    (Please see reverse side)
© 2018 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. 18-CR-243248 | |
|---|---|---|---|
| MECKLENBURG County | | In The General Court Of Justice [X] District [ ] Superior Court Division | |
| STATE OF NORTH CAROLINA | | Additional File Numbers | |
| VERSUS | | | |
| NASH, DARREN, ALANDUS | | **SUBPOENA** G.S. 1A-1, Rule 45; 8-59, -61, -63; 15A-801, -802 | |

Party Requesting Subpoena
[X] State/Plaintiff  [ ] Defendant

NOTE TO PARTIES NOT REPRESENTED BY COUNSEL: Subpoenas may be produced at your request, but must be signed and issued by the office of the Clerk of Superior Court, or by a magistrate or judge.

**TO**
Name And Address Of Person Subpoenaed
PATTON, GERRYL
US PREVENTION OFFICE

Alternate Address
ID:     COMPLAINT: 181208215602
TEAM:   INFO:

Telephone No.
7046813440

**YOU ARE COMMANDED TO:** (check all that apply)
[X] appear and testify, in the above entitled action, before the court at the place, date and time indicated below.
[ ] appear and testify, in the above entitled action, at a deposition at the place, date and time indicated below.
[ ] produce and permit inspection and copying of the following items, at the place, date and time indicated below.
  [ ] See attached list. (List here if space sufficient)

REFERENCED CHARGES:
ASSAULT ON A FEMALE

Name And Location Of Court/Place Of Deposition/Place To Produce
CHARLOTTE, N.C. ROOM: 4130

Date To Appear/Produce, Until Released
03/06/19

Time To Appear/Produce, Until Released
09:00   [X] AM  [ ] PM

Date
02/12/19

Name And Address Of Applicant Or Applicant's Attorney
SPENCER MERRIWEATHER III

Signature
ELISA CHINN-GARY

[ ] Deputy CSC  [ ] Assistant CSC  [X] Clerk Of Superior Court
[ ] Magistrate  [ ] Attorney/DA   [ ] District Court Judge
                                  [ ] Superior Court Judge

**RETURN OF SERVICE**

I certify this subpoena was received and served on the person subpoenaed as follows:
By [ ] personal delivery.   [ ] registered or certified mail, receipt requested and attached.
   [ ] telephone communication by Sheriff (use only for a witness subpoenaed to appear and testify).
   [X] telephone communication by local law enforcement agency (use only for a witness subpoenaed to appear and testify in a criminal case).
   NOTE TO COURT: If the witness was served by telephone communication from a local law enforcement agency in a criminal case, the court may not issue a show cause order or order for arrest against the witness until the witness has been served personally with the written subpoena.
   [ ] I was unable to serve this subpoena. Reason unable to serve: _____

| Service Fee | Paid/Due | Date Served | Name Of Authorized Server | Signature Of Authorized Server | Title/Agency |
|---|---|---|---|---|---|
| $ | [ ] Paid [ ] Due | 2/19/19 | TS. Hunter/6665 | JH | CMPD |

NOTE TO PERSON REQUESTING SUBPOENA: A copy of this subpoena must be delivered, mailed or faxed to the attorney for each party in this case. If a party is not represented by an attorney, the copy must be mailed or delivered to the party. This does not apply in criminal cases.

AOC-G-100, Rev. 2/18
© 2018 Administrative Office of the Courts
(Please see reverse side)